FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

PEDRO ARCEO and MARIA
CONTRERAS-ARCEO, and the marital
community compromised thereof,

                Plaintiffs,

      v.

U.S. XPRESS, INC., a Nevada corporation,

                Defendant.

No.    4:17-CV-5192-EFS

**ORDER DISMISSING CASE**

On February 15, 2019, the parties filed a Stipulated Motion and Agreed Order to Dismiss all Claims with Prejudice and Without Costs, ECF No. 29. Plaintiffs and Defendant "stipulate and agree that all claims and this lawsuit against Defendant US Xpress, Inc., is hereby dismissed with prejudice without costs or fees to any party, and hereby move this Court to enter an order granting the same." *Id*. As such, consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Motion and Agreed order to Dismiss all Claims with Prejudice and Without Costs, **ECF No. 29**, is **GRANTED.**

    **2.**    All claims against U.S. Xpress, Inc. are **DISMISSED WITH PREJUDICE,** with both parties to bear their own costs and attorney fees.

1    **3.**    This case shall be **CLOSED.**

2        **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide

3    copies to all counsel.

4        **DATED** this  27th   day of February 2019.

5

6                    s/Edward F. Shea
                    EDWARD F. SHEA
7                Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Q:\EFS\Civil\2017\17-CV-5192. Arceo. Stipulated Dismissal.Lc02.docx

ORDER DISMISSING CASE - 2